UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL O. PATTERSON,

Plaintiff,

-against-

MARITZA ORTIZ,

Defendants.

26-CV-9902 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against a series of current and former federal, state, and local officials, as well as business leaders, doctors, law enforcement officers, and others. The Court dismisses the complaint for the following reasons.

Plaintiff previously submitted to this court a substantially similar complaint against Defendants alleging the same set of facts. That action is pending on my docket in this court. *See Patterson v. Ortiz*, No. 26-CV-9813 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, the Court dismisses this complaint without prejudice to Plaintiff's pending case.

In light of the dismissal of this action, the Court denies as moot Plaintiff's motion for the court to request *pro bono* counsel. (ECF No. 5.)

**CONCLUSION**

Plaintiff's complaint is dismissed as duplicative of No. 26-CV-9813 (LTS). In light of the dismissal of this action, the Court denies as moot Plaintiff's motion for the court to request *pro bono* counsel. The Clerk of Court is directed to terminate the motion pending at ECF No. 5.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: November 16, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge