UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL O. PATTERSON.,

Plaintiff,

-against-

MARITZA ORTIZ.,

Defendants.

26 CIVIL 09902 (LTS)

# **CIVIL JUDGMENT**

For the reasons stated in the November 17, 2026, order, this action is dismissed.

Plaintiff's complaint is dismissed as duplicative of No. 26-CV-9813 (LTS). In light of the dismissal of this action, the Court denies as moot Plaintiffs motion for the court to request pro bono counsel. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge